UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BOBBY TWITTY, )
)
        Plaintiff, )
)
    vs. ) No. 4:06-CV-1071 (CEJ)
)
CITY OF O'FALLON, et al., )
)
        Defendants. )

### ORDER OF PARTIAL DISMISSAL

In accordance with the Order entered this date,

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice** as to defendants City of O'Fallon, O'Fallon Police Officer Luke Symka, and City of O'Fallon Police Department, pursuant to Fed.R.Civ.P. 41(b).

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2007.